| | | FILED |
|---|---|---|
| Submit this form by e-mail to: | | CLERK, U.S. DISTRICT COURT |
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty. | | 06/28/2021 |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty. | | CENTRAL DISTRICT OF CALIFORNIA |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty. | | BY: ___DVE___ DEPUTY |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

8:21-MJ-00446-DUTY

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| v.                            PLAINTIFF | 1:21-mj-00491 |
| LOIS LYNN MCNICOLL | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# _____        DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on June 28, 2021 at 8:19 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 USC 1752(a)(1), (2) and 40 USC 5104(e)(2)(D), (G)

5. Offense charged is a:   ☐ Felony   ☐ Minor Offense   ☐ Petty Offense   ☒ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1952

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Daniel R. Dales          (please print)

12. Office Phone Number: 562/982-1614

13. Agency: FBI

14. Signature: [signature]

15. Date: 6/28/2021

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION